IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
IN THIS OFFICE
OCT 2 8 2019
Clerk U.S. District Court
Greensboro, NC
BY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:19CR 554-1 |
| | : | |
| MARQUER EDWARD PEGUES | : | |

The Grand Jury charges:

## COUNT ONE

On or about May 2, 2019, in the County of Richmond, in the Middle District of North Carolina, MARQUER EDWARD PEGUES knowingly and intentionally did unlawfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT TWO

On or about May 2, 2019, in the County of Richmond, in the Middle District of North Carolina, MARQUER EDWARD PEGUES, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute heroin, as more fully referenced in Count One of this Indictment, did knowingly possess a firearm,

that is, a Glock 9mm handgun; in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT THREE

On or about May 2, 2019, in the County of Richmond, in the Middle District of North Carolina, MARQUER EDWARD PEGUES knowingly did possess in commerce and affecting commerce a stolen firearm, that is, a Glock 9mm handgun, knowing and having reasonable cause to believe that the firearm was stolen; in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

DATED:   October 28, 2019

MATTHEW G.T. MARTIN
United States Attorney

BY:   CLIFTON T. BARRETT
Assistant United States Attorney

A TRUE BILL:

FOREPERSON

2